UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ISAAC BOYD JR** | **CASE NO. 2:20-CV-01125** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SERVICE COMPANIES INC** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's Partial Motion to Dismiss Pursuant to Fed. R.Civ. P. 12(B)(6) (Doc. 5) is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE